COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | |
|---|---|
| § | No. 08-12-00190-CR |
| § | |
| § | Appeal from |
| EX PARTE: ANGEL ROMERO § | 384th District Court |
| § | of El Paso County, Texas |
| § | (TC # 20100D01732) |
| § | |

## MEMORANDUM OPINION

Angel Romero is attempting to appeal an order denying his application for writ of habeas corpus. We dismiss the appeal for want of jurisdiction.

## FACTUAL SUMMARY

In 2010, Romero waived his right to a jury trial and entered a negotiated plea of guilty to the offense of aggravated kidnapping (Count I), sexual assault (Count II), aggravated assault w/deadly weapon (Count IV), assault family/household member impede breath/circulation (Count V), assault family/household member w/previous conviction (Count VI). In exchange for Romero's plea of guilty, the State recommended that he be sentenced to imprisonment for a term of twenty years on each count. The trial court followed the plea bargain. On April 9, 2012, Romero filed a writ of habeas corpus pursuant to Article 11.07 of the Code of Criminal Procedure. On May 30, 2012, the Court of Criminal Appeals denied the writ application. Romero filed notice of appeal.

## JURISDICTION

A writ of habeas corpus brought pursuant to Article 11.07 of the Code of Criminal

Procedure is the exclusive procedure available to an applicant seeking relief from a felony judgment imposing a penalty other than death. *See* TEX.CODE CRIM.PROC.ANN. art. 11.07(1) (West Supp. 2012). Article 11.07 specifically provides that: "After conviction the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner." TEX.CODE CRIM.PROC.ANN. art. 11.07(5). Further, the writ is returnable to the Court of Criminal Appeals. TEX.CODE CRIM.PROC.ANN. art. 11.07(3)(a). This Court does not have jurisdiction to entertain a post-conviction felony habeas application or the purported appeal of a trial court's ruling on such an application. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex.Crim.App.1991)(orig. proceeding); *Ex parte Mendenhall*, , 209 S.W.3d 260, 261 (Tex.App.--Waco 2006, no pet.). We dismiss the appeal for want of jurisdiction.

November 14, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)